KINDRA DENEAU (State Bar No. 024156)
7135 East Camelback Rd., Suite 230
Scottsdale, Arizona 85251
Telephone:  (480) 306-5977
Facsimile:  (602) 626-3504
kdeneau@lemberglaw.com

*Of Counsel to*
Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Nicolaus Friese

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Nicolaus Friese,<br><br>          Plaintiff,<br>    v.<br><br>U.S. Collections West, Inc.; and DOES 1-10, inclusive,<br><br>          Defendants. | Civil Action No.:  2:10-cv-00870-NVW<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff, Nicolaus Friese, by and through undersigned counsel, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: May 20, 2011

                                        Respectfully submitted,

                                        By: /s/ Kindra Deneau
                                        Kindra Deneau
                                        Of Counsel To:
                                        LEMBERG & ASSOCIATES L.L.C.
                                        Attorneys for Plaintiff

CERTIFICATE OF SERVICE

     I hereby certify that on May 20, 2011, a true and correct copy of the foregoing Plaintiff's Notice of Dismissal Without Prejudice was filed electronically with the U.S. District Court for the District of Arizona.

Dated: May 20, 2011

                                        By: /s/ Joshua Markovits
                                        Paralegal to Kindra Deneau